UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEVEN CRANE SERVICE, INC., an Illinois Corporation, and DONNA STEVENSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10-cv-03261 |
| v. | ) ) | Judge Shadur |
| CHRISTINE PITTS, | ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

MOTION TO WITHDRAW AS
ATTORNEY OF RECORD

NOW COMES STEVEN H. MEVORAH & ASSOCIATES (hereinafter referred to as "MEVORAH") attorney for the Defendant, CHRISTINE PITTS, (hereinafter referred to as "PITTS"), and asks leave of this court to withdraw from any further representation in this matter, and in support thereof, state as follows:

1.  MEVORAH is presently the attorney of record for PITTS.

2.  Pursuant to Illinois Rules of Professional Conduct Rule 1.16, an attorney may withdraw from representation of a client under various circumstances which are present here but, for professional reasons, MEVORAH cannot elaborate on those circumstances.

3.  Irreconcilable differences have arisen between MEVORAH and PITTS, making any continued representation of the client by MEVORAH impossible.

3

4.    For professional reasons, MEVORAH is no longer able, nor would it be

      proper, for said firm to continue representing PITTS's interest in this

      matter.

5.    United States District Court for the Northern District of Illinois, Local

      Rule 83.17 states as follows:

      "Once an attorney has filed an appearance form pursuant to LR83.16, that
      attorney is the attorney of record for the party represented for all purposes
      incident to the proceeding in which the appearance was filed. The attorney
      of record may not withdraw, nor may any other attorney file an
      appearance on behalf of the same party or as a substitute for the attorney
      of record, without first obtaining leave of court, except that substitutions
      or additions may be made without motion where both counsel are of the
      same firm. Where the appearance indicates that pursuant to these rules a
      member of the trial bar is acting as a supervisor or is accompanying a
      member of the bar, the member of the trial bar included in the appearance
      may not withdraw, nor may another member be added or substituted,
      without first obtaining leave of court."

6.    Proper notice has been sent to all parties and attorneys notifying them that

      this Motion to Withdraw would be presented on this date.

7.    MEVORAH has given the client reasonable notice of the time and place of

      the presentation of this motion for leave to withdraw, by certified mail, at

      the client's last known residential address, 1520 Brittany Court, Darien,

      Illinois 60561.

8.    A letter has been sent to the client with this motion in advising the client

      to retain other counsel or file an appearance with the Clerk of the Court

      stating therein an address where notices may be served.

9.      This motion is not interposed for purposes of delay or harassment and it is not inequitable on any party to this action.

10.     This motion will not prejudice either party in the prosecution of their cases.

WHEREFORE, your movant, STEVEN H. MEVORAH & ASSOCIATES, respectfully request that this court grant it leave to withdraw as the attorney of record for the Defendant, CHRISTINE PITTS, in this cause of action and for any other and further relief that this court deems just and equitable.

Respectfully submitted,

/s/ Gregory M. Berg
Gregory M. Berg

Bradley C. Giglio (lead counsel)
Gregory M. Berg
Law Offices of Steven H. Mevorah & Associates
900 East Roosevelt Road
Lombard, IL 60148
(630) 932-9100; ARDC 6272277

5